IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AMANDA MICHELLE NICKERSON | ) | |
| | ) | CASE # 24-21175-7 |
| Debtor. | ) | |

**TRUSTEE'S MOTION FOR TURNOVER OF FUNDS AND/OR PROPERTY**

COMES now the trustee, Darcy D. Williamson, and moves the Court for an Order requiring the debtor to turn over funds, information, documents and/or property. In support of her motion, the trustee alleges and states as follows:

1. Darcy D. Williamson is the duly qualified and acting trustee in this case and cause.

2. The debtor filed a Chapter 7 bankruptcy on September 06, 2024 ("Petition Date"). A 341 hearing was held thereafter.

3. On the Petition Date, the debtor was in possession and/or control of the following information, documents and property described below:

The debtor, as Petitioner, was divorced from Larry J. Nickerson, case No. 24CV00755 in the District Court of Johnson County, Kansas on 5/23/24. The Personal Property section of the Marital Separation & Property Settlement Agreement (Paragraph 31(f)) dated May 22, 2024 provided as follows:

> "Respondent shall pay to Petitioner, as and for a property equalization payment shall be made in monthly installments of a minimum of five hundred dollars ($500.00) per month with said payments paid directly from Respondent to Petitioner. Respondent may prepay all or any portion of the equalization payment to Petitioner. If the house sells prior to the full equalization payment being paid, Respondent shall pay the remaining

equalization payment owed to Petitioner from the house sale proceeds. Both parties shall keep detailed records of the equalization payments made. Upon receipt of the full equalization payment, Petitioner shall sign a satisfaction of judgment and the same shall be filed with the Court." The Divorce Decree Separation Agreement and Partial Satisfaction are attached hereto.

These documents, funds and information constitute property of the bankruptcy estate pursuant to 11 U.S.C. § 541. The debtor is required to surrender and turn over estate property unto the trustee pursuant to 11 U.S.C. § 542 and 11 U.S.C. § 521(a)(3) and (a)(4). She had not done so.

The debtor permitted Larry Nickerson to sell the property and executed a Partial Satisfaction of Judgment. This document did provide the $500.00 per month equalization payments would continue, until the full $35,000.00 was paid.

Since the filing of this case on 9/6/24, the debtor has received approximately $6,000.00. The Trustee requested turnover of said sums and future sums paid and a complete accounting.

4. The trustee requested the debtor and Larry Nickerson to turn over the above described property, and debtor has failed to comply.

WHEREFORE, the Trustee prays the Court for an Order requiring the debtor to turn over the above requested documents, information, funds and property and the trustee prays for all other proper relief.

/s/ Darcy D. Williamson
DARCY D. WILLIAMSON
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908
trustee@williamson-law.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **TRUSTEE'S MOTION FOR TURNOVER OF FUNDS AND/OR PROPERTY** was filed electronically on September 23, 2025, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Amanda Michelle Nickerson, 8620 West 131st Terrace, Apt 1412, Overland Park, KS 66213

/s/ Darcy D. Williamson
DARCY D. WILLIAMSON
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908
trustee@williamson-law.net